IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA E. HALL, | ) | Case Number: 2:08-CV-00321-GLL |
| Plaintiff, | ) | |
| v. | ) | Judge Gary L. Lancaster |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, INC. | ) ) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendant. | ) | |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Douglas P. Fehr and Defendant Level 3 Communications, LLC, by their undersigned counsel, hereby stipulate that this action shall be dismissed with prejudice. Each party shall pay his or its own court costs and attorneys' fees.

s/ Stephen M. Otto

Stephen M. Otto, Esquire
Law Offices of Stephen M. Otto, LLC
The Car Barn Shops Building
409 Broad Street, Suite 270
Sewickley, PA 15143
(412) 741-1200 (telephone)
steve@sottolaw.com (e-mail)

Attorney for Plaintiff, Lisa E. Hall

Dated: December 29, 2008

s/ R. Stanley Mitchel

R. Stanley Mitchel, Esquire
Melanie M. Jones, Esquire
Dinsmore & Shohl, LLP
One Oxford Center, 28th Floor
301 Grant Street
Pittsburgh, PA 15219
(412) 281-5000 (telephone)
stan.mitchel@dinslaw.com (e-mail)
melanie.jones@dinslaw.com (e-mail)

Attorneys for Defendant, The Prudential Insurance Company of America, Inc.

SO ORDERED this 2nd day of Jan, 2009

/s/ Gary L. Lancaster

Gary L. Lancaster, U.S. District Judge